

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00811-CV

**IN THE INTEREST OF D.L.R.**, Jr., D.L.W.R., and D.L.L.R., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00016
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. The motion to withdraw as counsel filed by counsel for appellant, A.G., is DENIED. Costs of appeal are not assessed against appellants because they qualify as indigent.

SIGNED June 7, 2023.

_____
Irene Rios, Justice